UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
ALTAUNE BROWN,                                          Case No.: 21-cv-08696 (VEC)

                                 Plaintiff,                **RULE 7.1 STATEMENT**

               -against-

S & J GROCERY INC. AND YANG ZI JIANG LLC,

                               Defendants.
-------------------------------------------------------------------------x

      Pursuant Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of this Honorable Court to evaluate possible disqualification or recusal, the undersigned counsel for **defendant Yang Zi Jiang LLC**, certifies that **defendant Yang Zi Jiang LLC** does not have any parent corporation or publicly held corporation owning 10% or more of its stock; specifically, **defendant Yang Zi Jiang LLC** does not have any corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated: January 19, 2022
       Uniondale, New York

                                                     Respectfully submitted,

                                                     FORCHELLI DEEGAN TERRANA LLP

                                                   By: /s/ Alexander Leong
                                                       Alexander Leong, Esq.
                                                 *Attorneys for Defendant Yang Zi Jiang LLC*
                                                 333 Earle Ovington Blvd., Suite 1010
                                               Uniondale, NY 11553
                                               Phone: (516) 248-1700
                                               E-Mail: aleong@forchellilaw.com