# THE MARKS LAW FIRM, P.C.

**MEMO ENDORSED**

February 18, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/22

<u>**Via: ECF**</u>
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007

RE:     **Altaune Brown v. S & J Grocery Inc. et al**
        Docket: 1:21-cv-8696-VEC

Dear Judge Caproni,

   Plaintiff respectfully requests an adjournment of the initial conference currently scheduled for February 25, 2022 at 10:00am. On January 25, 2022, Plaintiff dismissed Defendant Yang Zi Jiang LLC and on January 31, 2022, Plaintiff filed an amended complaint naming Essex Group LLC as a defendant. Plaintiff is currently in the process of serving the amended complaint on the defendants. Therefore, Plaintiff requests time to serve the amended complaint and make attempts to contact defendants and for defendants to appear, answer or otherwise move. This is the first request of its kind.

   We thank you and the Court for its time and consideration on this matter.

Application GRANTED. The Initial Pre-Trial Conference currently scheduled for February 25, 2022, at 10:00 a.m. is hereby ADJOURNED until **Friday, April 8, 2022, at 10:00 a.m.** The parties' joint letter and case management plan are due not later than **March 31, 2022**. Pursuant to the Court's order at Docket 5, Defendants' time to move against or answer the Complaint is stayed until the date of the IPTC.
SO ORDERED.

_Valerie Caproni_
2/18/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
     Bradly G. Marks

155 E 55th Street, 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com