# THE MARKS LAW FIRM, P.C.

**MEMO ENDORSED**

April 4, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/22

**Filed via ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square, Courtroom
New York, New York 10007

RE:   Altaune Brown v. S & J Grocery Inc. et al
      Index: 1:21-cv-8696-VEC

Dear Judge Caproni,

Plaintiff respectfully requests an adjournment of the currently scheduled initial conference for April 8, 2022 at 10:00am. Plaintiff recently dismissed a party and filed an amended complaint adding a new party. The amended summons and complaint were served on March 10, 2022 through the secretary of state. To date, no defendant has appeared, answered or otherwise moved. Plaintiff requests additional time to make attempts to contact defendants to make sure they are aware of the pending matter and have them participate in an initial conference. Therefore, Plaintiff requests a thirty (30) day adjournment of the initial conference. This is the second request of its kind.

We thank you and the Court for its time and consideration.

Regards,

The Marks Law Firm, P.C.

By: _____
     Bradly G. Marks

155 E 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application GRANTED.  The Initial Pre-Trial Conference currently scheduled for April 8, 2022, at 10:00 a.m. is hereby ADJOURNED until **May 13, 2022, at 10:00 a.m.**  Pre-conference submissions are due not later than **May 5, 2022**.  The Court notes that counsel missed the Court-ordered deadline of March 31, 2022, and reminds counsel to read the Court's orders so as not to miss future deadlines.

The stay on Defendants' deadline to answer is hereby lifted.  *See* Dkt. 5.  Defendants must move or answer not later than **April 22, 2022**.  If Defendants fail to appear or answer, Plaintiff must move for certificates of default not later than **May 4, 2022**.  Plaintiff must then move for default judgment not later than 14 days after receipt of the certificates of default in compliance with Attachment A to the Undersigned's Individual Practices.  If Defendants fail to answer and the Clerk of Court issues certificates of default as to both Defendants, the Initial Pre-Trial Conference will be cancelled.

Plaintiff must serve this order on Defendants not later than **April 8, 2022**, and note service on the Docket.

SO ORDERED.

4/5/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE