```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/28/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALTAUNE BROWN,  :
                                Plaintiff, :
          -against-  :
    :
S & J GROCERY INC. AND ESSEX GROUP LLC,  :
    :
                            Defendants. :
-------------------------------------------------------------X

21-CV-8696 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff appeared for a default judgment hearing on June 28, 2022, at 11:00 a.m.;

    WHEREAS Defendants did not appear at the hearing;

    WHEREAS at that hearing, Plaintiff's counsel informed the Court of Plaintiff's intent to dismiss the case without prejudice;

    IT IS HEREBY ORDERED that this case is dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice.  The Clerk of Court is respectfully directed to terminate any open motions and close the case.

**SO ORDERED.**

Date:  June 28, 2022
       New York, New York

                                                      VALERIE CAPRONI
                                                      United States District Judge